**Office of the Standing Chapter 13 Trustee**
**105 Decker Ct**
**Suite 1150 11th Floor**
**Irving, TX  75062**
**(214) 855-9200**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE:<br>KEVIN AYCOCK<br>　　　　　Debtor | Case No: 18-32632-HDH-13<br>Hearing Date: 10/25/2018 |

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation**

TO:    ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held at **8:30 a.m.** on **10/25/2018** at 105 Decker Court, Suite 120, 1st Floor, Irving, TX 75062.

Any objection to the Pleadings not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court at 2:00 p.m. on the same day at:

　　　　　1100 Commerce Street, Fourteenth Floor, Dallas, Texas.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

　　Debtor:     KEVIN AYCOCK, 3919 OB CROWE DR, DALLAS, TX  75227
　　Attorney:   ALLMAND LAW FIRM PC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX  76054
　　Court:      CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242
　　Trustee:    TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062

　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Thomas D. Powers
　　　　　　　　　　　　　　　　　　　　　　　　　Thomas D. Powers, Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 16218700

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 2
Case # 18-32632-HDH-13
KEVIN AYCOCK**

## Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

| | |
|---|---|
| Debtor: | KEVIN AYCOCK, 3919 OB CROWE DR, DALLAS, TX 75227 |
| Attorney: | ALLMAND LAW FIRM PC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX 76054** |
| Creditors: | ALLIANCEONE, 1684 WOODLANDS DR STE 15, MAUMEE, OH 43537 |
| | AMERICAN CREDIT ACCEPT, 961 E MAIN ST, SPARTANBURG, SC 29302 |
| | AMERICAN INFOSOURCE LP, DIRECTV LLC, PO BOX 51178, LOS ANGELES, CA 90051-5478 |
| | AMERICAN INFOSOURCE LP, T MOBILE T MOBILE USA INC, PO BOX 248848, OKLAHOMA CITY, OK 73124-8848** |
| | AT AND T MOBILITY II LLC, AT AND T SERVICES INC, ONE AT AND T WAY ROOM 3A104, BEDMINSTER, NJ 07921 |
| | ATTORNEY GENERAL OF TEXAS, OAG CSD MAIL CODE 38, PO BOX 12017, AUSTIN, TX 78711-2017** |
| | CAP ONE, PO BOX 85520, RICHMOND, VA 23285 |
| | CITY OF DALLAS APPRAISAL, CO LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207** |
| | COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207** |
| | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193 |
| | CREDIT SYSTEM INTL INC, 1277 COUNTRY CLUB LN, FORT WORTH, TX 76112 |
| | DALLAS CO COMMUNITY COLLEGE APPRAISAL, CO LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207** |
| | DALLAS ISD APPRAISAL, C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207** |
| | ECMC, 1 IMATION PL, OAKDALE, MN 55128-3421 |
| | EOS CCA, PO BOX 981008, BOSTON, MA 02298 |
| | HSBC BANK, PO BOX 5253, CAROL STREAM, IL 60197 |
| | I C SYSTEM INC, PO BOX 64378, SAINT PAUL, MN 55164 |
| | INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317** |
| | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346** |
| | JEFFERSON CAPITAL, PO BOX 7999, SAINT CLOUD, MN 56302-9617** |
| | LAW OFFICES OF MICHELLE GHIDOTTI, 1920 OLD TUSTIN AVE, SANTA ANA, CA 92705 |
| | MAGIC AUTO SALES, 2030 S BUCKNER BLVD, DALLAS, TX 75217 |
| | MERCHANTS MEDICAL CREDIT COPR, 6324 TAYLOR DR, FLINT, MI 48507 |
| | MIDLAND CREDIT MANAGEMENT INC, MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090 |
| | MIDLAND FUNDING, 8875 AERO DR STE 200, SAN DIEGO, CA 92123 |
| | NATIONAL STUDENT LOAN, 1300 O ST, LINCOLN, NE 68508 |
| | PARKLAND HOSPITAL APPRAISAL, CO LINEBARGER GOGGAN ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207 |
| | PORTFOLIO RECOVERY ASSOCIATES, PO BOX 41067, NORFOLK, VA 23541** |
| | PORTFOLIO RECOVERY, 120 CORPORATE BLVD, STE 100, NORFOLK, VA 23502 |
| | QUANTUM3 GROUP LLC, WOLLEMI ACQUISITIONS LLC, PO BOX 788, KIRKLAND, WA 98083 |
| | RECEIVABLES MANAGEMENT GROUP, 2901 UNIVERSITY AVE STE 29, COLUMBUS, GA 31917 |
| | RESOURCE ONE CREDIT UNION, PO BOX 660077, DALLAS, TX 75266 |
| | SOUTHWEST FINANCIAL FC, 7610 N STEMMONS FWY STE 110, DALLAS, TX 75247-4216 |
| | SOUTHWEST FINANCIAL FC, 7610 N STEMMONS FWY STE, DALLAS, TX 75247 |
| | SPRINT CORP, ATTN BANKRUPTCY DEPT, PO BOX 7949, OVERLAND PARK, KS 66207-0949** |
| | STATE COMPTROLLER, REVENUE ACCOUNTING DIV BANKRUP, PO BOX 13528, AUSTIN, TX 78711** |
| | T MOBILE T MOBILE USA INC, AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118 |
| | T MOBILE T MOBILE USA INC, AMERICAN INFOSOURCE LP, PO BOX 248848, OKLAHOMA CITY, OK 73124-8848 |
| | TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711-3127** |
| | TEXAS EMPLOYMENT COMMISSION, TEC BUILDING BANKRUPTCY, 101 E 15TH STREET, AUSTIN, TX 78778** |
| | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117 |
| | TXU ENERGY, 200 W JOHN CARPENTER FRWY, IRVING, TX 75039 |
| | UNIVERSITY OF PHOENIX, 4615 E ELWOOD ST FL 3, PHOENIX, AZ 85040 |

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 3**
**Case # 18-32632-HDH-13**
**KEVIN AYCOCK**

US ATTORNEY, 1100 COMMERCE ST 3RD FL, DALLAS, TX  75242-1699**

US BANK TRUST NA, CO BSI FINANCIAL SERVICES, PO BOX 679002, DALLAS, TX  75267-9002

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: 09/13/2018

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700