OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:  Case No:    18-32632-HDH-13
**KEVIN AYCOCK**
        Debtor

## OBJECTION TO CONFIRMATION

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

The Standing Chapter 13 Trustee herein files this Objection to Confirmation to the Plan filed by Debtor and respectful shows the Court as follows:

1. The Debtor may not be able to make all payments under the Plan. Therefore, the Plan may not be feasible per 11 U.S.C. Section 1325(a)(6). The Debtor is delinquent **$1,824.00**. Plan payments are currently $1,412.00.

2. This Objection to Confirmation is supplemental to any other that may have been filed by the Standing Chapter 13 Trustee in this case.

Respectfully submitted,

By: /s/ Thomas D. Powers

Thomas D. Powers, Trustee
State Bar No. 16218700
Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Objection to Confirmation has been served by me on 10/15/201 on the parties listed below by United States First Class Mail or via electronic mail:

Debtor:   KEVIN AYCOCK, 3919 OB CROWE DR, DALLAS, TX  75227
Attorney:   ALLMAND LAW FIRM PC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX  76054**

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

Dated:      10/15/2018                By:   /s/ Thomas D. Powers

                                      Thomas D. Powers